IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-84-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | **DEFAULT AS TO YUMIKA NICOLE** |
| GLASPIE AND PARKER LAND, | : | **PARKER** |
| AS DESCRIBED IN BOOK 2476, | : | |
| PAGES 628-634 OF THE NEW | : | |
| HANOVER COUNTY REGISTRY, | : | |
| NORTH CAROLINA, AND HAVING THE | : | |
| STREET ADDRESS OF 433 HENRY | : | |
| STREET, WILMINGTON, NORTH | : | |
| CAROLINA, AND BEING TITLED IN | : | |
| THE NAMES OF PERCY GLASPIE, | : | |
| III AND YUMIKA NICOLE PARKER; | : | |
| AND ANY AND ALL PROCEEDS FROM | : | |
| THE SALE OF SAID PROPERTY, | : | |
| Defendant. | : | |

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against Yumika Nicole Parker for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 4th day of June, 2012.

JULIE A. RICHARDS
Clerk

BY: *Julie A. Richards*
Clerk
United States District Court