UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CV-00084-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| GLASPIE AND PARKER LAND, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion for an order dispensing with the 4 September 2012 hearing on its motion for forfeiture, the pretrial conference, and trial.

The court set the government's motion for forfeiture for hearing because, although that motion states, "[t]he Government recognizes [claimant Percy Glaspie, III's] one-half (½) undivided interest in the property in full and agrees to pay him one-half (½) of the net proceeds of sale," (DE # 30 at 1-2), it contains no representation or supporting documentation to indicate that Glaspie consents to forfeiture and thus the sale of the subject property. Given that Glaspie is proceeding *pro se* and that the property appears to be his and his wife's primary residence, out of an abundance of caution the court desires to obtain Glaspie's position on the matter, and if necessary, the government's position on imposing a lien on the property pursuant to 18 U.S.C. § 983(d)(5) so as to allow Glaspie to retain possession of the property. To the extent the instant motion requests dispensing with the 4 September hearing, the motion is DENIED. Based on

what occurs at that hearing, the court will determine whether a pretrial conference and trial are necessary.

This 31 August 2012.

								    _____
								                  W. Earl Britt
								                  Senior U.S. District Judge